# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESTER KAUFFMAN**, and **JAMES BOLAND**, | : | CIVIL ACTION NO. 1:10-CV-0742 |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **PHILLY WIDE RESTORATION, LLC**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 22nd day of June, 2010, upon consideration of plaintiffs' motion (Doc. 6) for default judgment, and upon further consideration of the affidavits attached thereto and the brief in support thereof (Doc. 7), and it appearing that the summons and complaint were served on defendant on April 14, 2010, but that, as of the date of this order, defendant has not made any answer or other defense or appearance in the above-captioned case, and it further appearing that default was entered in the above-captioned case on May 21, 2010, and the court finding that entry of default judgment is appropriate, and that, based on the record, plaintiffs have proven their damages with sufficient certainty that no further inquiry is necessary, see FED. R. CIV. P. 55(b)(2) (providing that "[t]he court may conduct hearings" as necessary to "determine the amount of damages"), and the court noting that the requested judgment is within the scope of plaintiffs' complaint, see FED. R. CIV. P. 54(c) ("A default judgment must not differ in kind from, or exceed in amount, what is demanded in the pleadings."), (see also Doc. 1 at 5-6), it is hereby ORDERED that:

1. The motion (Doc. 6) is GRANTED.

2. The Clerk of Court is directed to enter JUDGMENT in favor of plaintiffs and against defendant, in the following amounts:

    a. $19,437.04 in contributions to the Union Trowel Trades Benefit Funds of Central Pennsylvania, the Bricklayers and Trowel Trades International Pension Fund, and the International Masonry Institute; and

    b. $1,127.28 in liquidated damages; and

    c. $3,641.67 in interest; and

    d. $1,198.75 in attorney's fees; and

    e. $487.50 in costs.

4. The Clerk of Court is directed to CLOSE this case.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge