# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESTER KAUFFMAN, and**<br>**JAMES BOLAND,** | : | **CIVIL ACTION NO. 1:10-CV-0742** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **PHILLY WIDE**<br>**RESTORATION, LLC,** | : | |
| Defendant | : | |
| v. | : | |
| **WACHOVIA BANK, N.A.,** | : | |
| Garnishee | : | |

## **ORDER**

AND NOW, this 3rd day of November, 2010, upon consideration of the praecipe for judgment upon admission (Doc. 14) and supporting affidavit, it is hereby ORDERED that judgment is entered in favor of plaintiffs and against garnishee in the sum of $25,942.24, together with costs.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge